DJW/sr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**WILLIAM M. EDWARDS,**

                **Plaintiff,**

**v.**

                                            Case No: 07-2550-KHV-DJW

**U.S. OFFICE OF PERSONNEL**
**MANAGEMENT,**

                **Defendant.**

### **ORDER**

Pending before the Court is Plaintiff's Motion for an Order Lifting the Stay and Motion to Amend its Complaint (doc. 12) and Defendant's Second Motion to Stay Proceeding Pending Completion of the Administrative Process (doc. 14). The Court has reviewed these pending motions and all relevant pleadings and, being duly advised in the premises and for good cause shown, the Defendant's motion is granted and Plaintiff's motion is denied as moot.

**IT IS THEREFORE ORDERED** that Defendant's Second Motion to Stay Proceeding Pending Completion of the Administrative Process (doc. 14) is granted. All proceedings in this case shall be stayed pending completion of the administrative process. Defendant is instructed to file a notice of completion of the administrative process with the Court **within ten (10) days** of the completion of the administrative process.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for an Order Lifting the Stay and Motion to Amend its Complaint (doc. 12) is denied as moot in light of the fact that the Court has granted the Defendant's motion to stay the proceedings.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 1st day of July 2008.

s/ David J. Waxse  
David J. Waxse  
U.S. Magistrate Judge

cc:   All counsel and *pro se* parties